```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
JUSTIN BULLOCK,                                              :
                                      Plaintiff,             :
                                                             :      23 Civ. 7465 (LGS)
                -against-                                    :
                                                             :             ORDER
DEWEY'S BAKERY, INC.,                                        :
                                      Defendant.             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated August 29, 2023, required the parties to file a proposed joint letter and case management plan no later than seven days before the initial pretrial conference;

WHEREAS, the initial pretrial conference is scheduled for October 18, 2023;

WHEREAS, Defendant was served on August 29, 2023;

WHEREAS, Defendant was required to respond to the Complaint by September 19, 2023;

WHEREAS, Defendant has not appeared in this case and has not timely responded to the Complaint;

WHEREAS, Plaintiff filed a letter dated October 12, 2023, regarding unsuccessful efforts to get in communication with Defendant;

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** that, if Plaintiff gets in communication with Defendant, the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **October 18, 2023**; if Defendant refuses to cooperate in the preparation of these documents, Plaintiff shall prepare and file them. If Plaintiff is not in communication with Defendant, no later than **October 18, 2023**, Plaintiff shall file a status letter (1) requesting further adjournment of the initial conference for up to 30 days and (2) proposing a date prior to the conference to present an Order

to Show Cause for default judgment as to Defendant and related papers as provided in the Court's Individual Rules. It is further

**ORDERED** that the initial pretrial conference scheduled for October 18, 2023, is adjourned to **October 25, 2023, at 4:10 P.M.**

Dated: October 16, 2023
      New York, New York

                                              LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE