

Kaufman Dolowich & Voluck LLP
245 Main Street, Suite 330
White Plains, NY 10601
Telephone: 914.470.0001
Facsimile: 914.470.0009
www.kdvlaw.com

**Melissa C. Cartaya, Esq.**
mcartaya@kdvlaw.com

October 16, 2023

*Via ECF*
The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York

    Re: **Bullock v. Dewey's Bakery, Inc.**
       **Docket No.: 23-CV-7465 (LGS)**

Dear Judge Schofield:

  This office was recently retained to represent the Defendant, Dewey's Bakery, Inc., in the above matter.

  Simultaneously with the filing of this instant letter, we are filing an application for the Court to endorse a stipulation wherein the parties agree to extend the Defendant's time to respond to the Complaint in this matter until November 13, 2023. As such, we are respectfully requesting that the Court adjourn the October 25, 2023 initial pretrial conference to a date after November 13, 2023 that is convenient for the Court. Plaintiff's counsel agrees to this instant application.

  We thank the Court for its consideration of this matter.

                Sincerely,

                */s/ M. Cartaya*

                Melissa Cartaya

Application **GRANTED** in part. The October 25, 2023, initial pretrial conference is **ADJOURNED** to **November 1, 2023, at 4:10 P.M.** The parties shall file their joint letter and proposed case management plan by **October 25, 2023.**

Dated: October 17, 2023
   New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

New York ❙ Pennsylvania ❙ New Jersey ❙ San Francisco ❙ Los Angeles ❙ Florida ❙ Chicago